ROBERT J. GEARY, Respondent, v. MATTHYS & COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

W. G. EATON and JOHN H. CONIFF, Appellants, v. MORRIS ENGERT and BESSIE ENGERT, Respondents.— Plaintiffs' exceptions sustained and motion for new trial granted, with costs to plaintiffs to abide the event, upon the ground that the obligation for commission arose upon the date of the signing of the contract of exchange (*Reis Co.* v. *Zimmerli*, 224 N. Y. 351) and the indebtedness of the defendant Bessie Engert to the plaintiffs was, therefore, precedent to the giving and accepting of the note of the defendant Morris Engert, and such note, in the absence of proof to the contrary, was given and accepted as collateral security only. (*Dibble* v. *Richardson*, 171 N. Y. 131.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

SARA V. MURPHY, Respondent, v. THE UNION CENTRAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WARSAW ELEVATOR COMPANY, Respondent, v. WILLIAM J. GUCKER, INCORPORATED, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict on the question of notice was against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER A. KUBERA, Respondent, v. WEBSTER-CITIZENS COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.